UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Glenn T. Pembleton, Jr.,<br>      Debtor.<br>Select Portfolio Servicing, Inc.,<br>      Movant,<br>            v.<br>Glenn T. Pembleton, Jr.,<br>      Debtor/Respondent,<br>KENNETH E. WEST,<br>      Trustee/Additional Respondent. | Bankruptcy No. 24-12741-amc<br><br>Chapter 13<br><br>Hearing Date: March 3, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street,<br>Second Floor, Philadelphia, PA 19107<br>Courtroom Number #4 |

**MOTION OF SELECT PORTFOLIO SERVICING, INC. FOR RELIEF
FROM THE AUTOMATIC STAY TO PERMIT FORECLOSURE
OF 1431 E. MT. PLEASANT AVE., PHILADELPHIA, PA 19150**

Select Portfolio Servicing, Inc. ("Movant"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code ("Code") for a modification of the automatic stay provisions of the Code for cause, and, in support thereof, states the following:

1. Glenn T. Pembleton, Jr. ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on August 6, 2024.

2. Jurisdiction of this cause is granted to the United States Bankruptcy Court ("Court") pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On August 5, 2022, Glen T. Pembleton executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $75,000.00 in favor of Citizens Bank, N.A., A National Banking Association. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The Mortgage was recorded August 9, 2022 as Document ID 54082272 of the Public Records of Philadelphia County, PA. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

5. The Mortgage was secured as a lien against the real property located at 1431 E. Mount Pleasant Avenue, Philadelphia, Pennsylvania 19150, (the "Property").

6. The loan was last assigned to Select Portfolio Servicing, Inc. and same recorded with the Philadelphia County Recorder of Deeds on July 21, 2025 as Document ID No. 54447675. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "C".

7. Select Portfolio Servicing, Inc. is the servicer of the loan described in the Note and Mortgage and, as such, has the authority to initiate the instant action and any foreclosure on the Creditor's behalf.

8. Based upon the Debtor(s)' Second Amended Chapter 13 Plan ("Plan") (at Docket No.33), the Debtor intends to cure pre-petition payment arrears due Movant through the Chapter 13 Plan and the Debtor remains responsible for remitting all post-petition payments directly to Movant. A true and correct copy of the Second Amended Chapter 13 Plan is attached hereto as Exhibit "D".

9. Debtor failed to make monthly payments of principal, interest, and escrow in the amount of $754.39 which came due for the period October 1, 2025 through November 1, 2025. *see* Exhibit "E".

10. Thus, Debtor(s)' post-petition arrears total $773.97, less a suspense balance of $734.81 through November 30, 2025.   In addition, by the time of hearing on this motion, Debtor will also be obligated to make additional monthly payments that become due beyond the cure period alleged above.  In addition, as this Motion for Relief is timely filed, if applicable, Debtor is also responsible for related legal fees and costs in prosecution of this action.  *see* Exhibit "E".

11. As of November 13, 2025 currently, the unpaid principal balance due under the loan documents is $73,245.67.   Movant's total claim amount, itemized below, is $88,363.99.  *see* Exhibit "F".

| Principal Balance | $73,245.67 |
|---|---|
| Interest (From 05/01/24 To 11/13/25) | $6,034.87 |
| Escrow Advance | $6,194.30 |
| Suspense Balance | -($1,492.12) |
| Recoverable Balance | $4,381.27 |
| Total Payoff | $88,363.99 |

12. Debtor(s)' docketed schedules list the value of the Property as $125,369.00.  A true and accurate copy of Debtor(s) Schedule A/B is attached hereto as Exhibit "G".

13. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay for "cause", which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt or where Debtor(s) have no assets or equity in the mortgaged property.

14. As set forth herein, Debtor defaulted on the instant secured obligation by failing to tender monthly post-petition installment payments when they became due.

15. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

16. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure, or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.

17. Further, once the automatic stay is terminated, Debtor(s) will have minimal motivation to insure, preserve, or protect the mortgaged Property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Select Portfolio Servicing, Inc. to take any and all steps necessary to exercise any and all rights it may have in the mortgaged property described herein, gain possession of said mortgaged property, seek recovery of reasonable attorney fees and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P. 4001(a)(4), and for any such further relief as this Honorable Court deems just and appropriate.

Date: February 5, 2026

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
        Attorneys for Movant
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7112
        By: /s/ Sherri R. Dicks
        SHERRI R. DICKS
        PA Bar Number 90600
        Email: sdicks@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:

Glenn T. Pembleton, Jr.

CHAPTER: 13

Debtor(s)

CASE NO. 24-12741-amc

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE AUGUST 5, 2022

Recorded on August 9, 2022, in Philadelphia County, at Document ID# 54082272.

Property Address:
1431 E. Mount Pleasant Avenue, Philadelphia, Pennsylvania 19150

Mortgage Servicer:
Select Portfolio Servicing, Inc.

Post-petition mailing address for Debtor(s) to send payments:
Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Mortgagor(s)/Debtor(s):
Glenn T. Pembleton, Jr. (Debtor)

Payments are contractually due:

Monthly ☒  Semi-monthly  ☐ Bi-weekly  ☐ Other ☐

Each Monthly Payment is comprised of:
Principal and Interest..... $419.98
R.E. Taxes..................... $334.41
Insurance...................... Included in R.E. Taxes
Late Charge................... $0.00
Other............................ $0.00    (Specify: N/A)
**TOTAL**........................ $754.39

**POST-PETITION PAYMENTS** (Petition was filed on August 6, 2024)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 10/01/2025 - 1/1/2026 | $0.00 | $754.39 | - | $0.00 | N/A |
| Total Due | $0.00 | $3,017.56 | - | -($734.81) | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: (4) as of January 1, 2026.

TOTAL AMOUNT OF POST-PETITION ARREARS: $3017.56, less suspense balance of $734.81 as of January 1, 2026.

*Shelbie Russell 1/27/26*

Mortgage Company
**Select Portfolio Servicing, Inc.**

Shelbie Russell     Document Control Officer
_____
(Print Name and Title)